UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| VS. ) | Case No: 2:11-CV-55 |
| ) | |
| JOANNE J. CRAIG, BARBARA PARR-LOPEZ, ) | |
| and SNYDER'S MEMORIAL GARDENS, INC., ) | |

## JOINT MOTION FOR THE COURT TO APPROVE SETTLEMENT

COME NOW the parties, Joanne Craig and Barbara Parr-Lopez, by and through counsel to announce that they have settled all issues in dispute and to request that this Court approve their settlement agreement. The parties would further show that the principal sum of $99,375.59 was paid into the registry of the Court by the Prudential Insurance Company of America. Further, that since being deposited into the registry of the Court the funds have earned interest of $50.92, such that there is now a total of $99,426.51 being held. The parties agree that the claim filed by Snyder Memorial Gardens in the amount of $1603.13 should first be paid by the clerk directly to Snyder Memorial Gardens.

That after said payment there would remain in the account $97,823.38. The parties further agree that the clerk shall be paid the clerk's registry fee in the amount of $5.10 leaving a balance of $97,818.28. The parties will then divide said amount with Barbara Parr-Lopez receiving 60% of said amount for a total of $58,690.97 and Joanne Craig receiving 40% of said amount for a total of $39,127.31.

The parties further agree that the funds will be tendered in the form of checks written to the firm representing each party respectively and that the firm will provide their respective Federal Tax Identification Numbers and the Social Security Number of their respective clients to the clerk.

The parties further agree that each party will be responsible for their own costs and attorney's fees.

WHEREFORE, the parties move that the Court consider these requests and direct payments as agreed upon by the parties.

/s/ Daniel C. Headrick
Matthew J. Evans (BPR#017973)
Daniel J. Headrick (BPR#026362)
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
(865) 525-0880

/s/ Brent Hensley
Brent Hensley (BPR#022841)
Leonard, Kershaw & Hensley, LLP
131 S. Main Street, Suite 102
Greeneville, TN 37743
(423) 638-2121

## CERTIFICATE OF SERVICE

I certify that on August _____, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's Electronic filing system.

/s/ Brent Hensley
Brent Hensley (BPR#022841)